No. 3168. EX PARTE DURÁN, APPELLANT.—Probate pro-

ceedings. First District Court of San Juan. Decided January 29, 1924. Appeal dismissed on motion of the appellee because of the appellant's failure to file a brief or to ask for an extension for that purpose.